Rose E. Wilmarth, Appellant, v. Marx Ottinger and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

Floyd Y. Forbes, Appellant, v. John F. Hylan and Others, as Members of and Constituting the Board of Estimate and Apportionment of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Birdie Averett, Respondent, v. Abraham M. Averett, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Greenbaum, J., dissenting.

Birdie Averett, Respondent, v. Abraham M. Averett, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling and Greenbaum, JJ., dissenting.

Samuel Eiseman & Co., Inc., Respondent, v. J. H. & C. K. Eagle, Inc., Appellant.— Order modified by limiting the examination to the matters embraced in paragraph (1) of the original order for examination, and as so modified affirmed, without costs. No opinion. The time for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Jacob Johnston Dickinson, Appellant, v. New York Tribune, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Harry L. Daurnheim and Another, Appellants, v. August Tonelli, Respondent, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of George Dodge, Appellant, for the Return of Certain Property Unlawfully Seized and Taken from His Possession. The City and County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Trustees of the Presbytery of New York, Respondent, v. Westminster Presbyterian Church of West Twenty-third Street, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Trustees of the Presbytery of New York, Respondent, v. Westminster Presbyterian Church of West Twenty-third Street, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.